Exhibit D:

South Carolina Department of Corrections Agency
Directives from Wardens at SCDC Institutions

**Coronavirus**

**Agency Preparation Meeting**

**March 13, 2020**

1. **Rumor Control**

2. **Medical Update**
   - Lee F5
   - Camille Graham – RHU
   - Discussions with National Guard

3. **Contingency Plans as of  March 13, 2020**

4. **Court and Transports**

5. **Medical Transports**

6. **Inmates working in the Community**

7. **Volunteers**

# Wardens Conference Call
# 03/18/2020
# COVID-19 (Coronavirus)

- Tracking of staff sent home for health concerns
  No positive cases in SCDC to date - Several employees have been tested. But no results have been received yet.

- Governors Press conference on 3/17/20 and Executive Order 2020-10
  https://governor.sc.gov/executive-branch/executive-orders

- Coronavirus forms are now on the intranet on the forms tab, under Health Services/Coronavirus / COVID-19. Russell Rush is sending out information this morning to all ESHO to start using immediately.
  - M-216  Coronavirus Disease 2019 (COVID-19) Employee Screening Tool
  - M-216A Coronavirus Disease 2019 (COVID-19) Inmate Screening Tool
  - M-217 Attestation of No Know Illness
  - M-219 Employee Screening information
  - ESHO will train designated institutional staff on the screening process

- The agency COVID-19 action plan is posted on our intranet site.  See link
  http://www.doc.sc.gov/scdc_covid-19_action_plan_031620.pdf

- Status of Thermometers

- Institutional Operations
  - As of today, we are working under normal operations
  - Do not send any HEALTHY staff home
  - Keep up the cleanliness and sanitation measures
  - Points to consider
    - Rescheduling of interviews or conduct them via phone or facetime
    - No Official state travel
  - How has your staff been affected by the closing of schools and community closure/restrictions?  Encourage staff to step up and help each other.

- It is imperative to keep your staff informed of the Agency's and your institutional status.
  - Stop the rumors

**SCDC AGENCY DIRECTIVES 000002**



# COVID-19 (CORONAVIRUS) CONFERENCE CALL
## Monday, March 23, 2020    |    10:00am

AGENDA ITEMS

- Educational classes taught remotely - Nena Staley
- Lee Isolation Unit is activated.
- What institutions have wall hand sanitation pumps?
- Employee Screening forms – what to do with them
- Daily recording of number employees reporting to work
- Bleach - Distribution to prisons.
- Non-Essential Employees - They cannot report to work.
- Update employee emergency phone numbers.
- Dept. of Employment & Workforce monthly presentations cancelled.
- Preparing for April releases.

200323wh

**SCDC AGENCY DIRECTIVES 000003**

**SOUTH CAROLINA**
DEPARTMENT OF CORRECTIONS
*Safety, Service, and Stewardship*

**Office of the Deputy Director for Operations**

# COVID-19 (CORONAVIRUS) CONFERENCE CALL
### Monday, March 24, 2020    |    10:00am

**AGENDA ITEMS**

- **Check in with each institution**
  Allendale, Broad River, Camille Graham, Evans, Goodman, Kershaw,
  Kirkland, Leath, Lee, Lieber, Livesay, MacDougall, Manning, McCormick
  Palmer, Perry, Ridgeland, Trenton, Turbeville, Tyger River, Wateree River

- **Medical Update**
  o Quarantine travel list
  o Inmate Screening forms – Medical needs assistance
- **COVID-19 Posters** in inmates living areas
- **Disposal items** – Sporks & Cups
- **Canteen Managers** need to be at the institutions
- **Employee Screening forms and telecommuting forms**

200320ar

**SCDC AGENCY DIRECTIVES 000004**



**SOUTH CAROLINA**
DEPARTMENT OF CORRECTIONS
*Safety, Service, and Stewardship*

---

**Office of the Deputy Director for Operations**

# COVID-19 (CORONAVIRUS) CONFERENCE CALL
## Wednesday, March 25, 2020   |   10:00am

**AGENDA ITEMS**

- **Medical Update**
    - Quarantine travel list
- **Guidelines from CDC.**
- **Release Date Process** – Mr. Patterson sending out 2nd mail
- **COVID-19 Posters** in inmates living areas
- **Thermometers** – Delivered coordinated by Regional Directors
- **Shared folder for COVID under construction**
    - **Employee Screening forms**
        - **Order to be put in order as follows:**
        - **By shifts**
            - **D1 & C**
            - **D2**
            - **E1 & C**
            - **E2**
                - **Date**
                    - **Positive**
                    - **Negative**
    - **Telecommuting forms – are** to be routed through appropriate chain of command - **Supervisor Division Director, Deputy Director, Human Resources**
        - **Official Place of work is their normal location i.e. institution**

200320ar

**SOUTH CAROLINA**
DEPARTMENT OF CORRECTIONS
*Safety, Service, and Stewardship*

**Office of the Deputy Director for Operations**

# COVID-19 (CORONAVIRUS) CONFERENCE CALL
## Thursday, March 26, 2020    |    10:00am

**AGENDA ITEMS**

- **Medical Update**
  - Quarantine travel list for 3/26/20

- **Screening forms** must be completed for every employee entering and the forms cannot be altered.  This is very important.

- **Thermometers** – Every institution should have a least one by end of the day

- **Cleaning –** Continuous cleaning on a regular schedule throughout the day. All equipment from the control room such as keys, weapons, chemical munitions canisters, radios and restraints need to be clean before distribution and upon return to the control room.  Any equipment used by multiple staff members need to be cleaned regularly.

- **Communicating with staff and inmate population** on Agency's prevention measures and upcoming releases transportation arrangements.

- **Production of mask and gowns by Prison Industries**

- **Employee Clearing** at institution instead of traveling to Columbia to eliminate extra travel.

- **Telecommuting work options for employees –** Remember think out of the box.  Not standard definition of telecommuting.  See attached email from Ms. Lovelace dated 3/20/20.

200320ar

**SCDC AGENCY DIRECTIVES 000006**

**SOUTH CAROLINA**
DEPARTMENT OF CORRECTIONS
*Safety, Service, and Stewardship*

**Office of the Deputy Director for Operations**

# COVID-19 (CORONAVIRUS) CONFERENCE CALL
### Friday, March 27, 2020    |    10:00am

**AGENDA ITEMS**

- **Medical Update**
  - Quarantine travel list for 3/27/2020

- **Release date**

- **Cleaning –** Continuous cleaning on a regular schedule throughout the day. All equipment from the control room such as keys, weapons, chemical munitions canisters, radios and restraints need to be clean before distribution and upon return to the control room.  Any equipment used by multiple staff members need to be cleaned regularly.

- **Communicating with staff and inmate population** on Agency's prevention measures and upcoming releases transportation arrangements.

- **Daily Reporting of Numbers deadline 1:00 pm**

- **Posters  & hand sanitizer**

200320ar

**SCDC AGENCY DIRECTIVES 000007**

**SOUTH CAROLINA**
DEPARTMENT OF CORRECTIONS
*Safety, Service, and Stewardship*
SCDC

**Office of the Deputy Director for Operations**

# COVID-19 (CORONAVIRUS) CONFERENCE CALL
### Monday, March 30, 2020    |    10:00am

- **Medical Update**
  - Quarantine travel list for 3/30/2020

- **Release date Preparations**
  - **Hand sanitizer**
  - **COVID19 Information cards**
  - **Inmates who need transportation**

- **Cleaning** – Continuous cleaning on a regular schedule throughout the day. All equipment from the control room such as keys, weapons, chemical munitions canisters, radios and restraints need to be clean before distribution and upon return to the control room. Any equipment used by multiple staff members need to be cleaned regularly.

- **Communicating with staff and inmate population** on Agency's prevention measures and upcoming releases transportation arrangements.

- **Advanced Sick Leave  -  Employee Leave Policy, ADM 11.08**
  **3.5.2**  Requests for sick leave advance must be in writing and approved by the appropriate Warden/Division Director and/or appropriate member of the Director's staff and the Division Director of Human Resources or designee. To be eligible, the employee must be on an extended absence and return to work immediately following the advanced hours. Upon return to work, the employee will have all earned sick leave applied to the leave deficit at the rate of 1 1/4 days per month (or, if part-time, the monthly earning rate) until the deficit has been eliminated. Should the employee terminate before the deficit is eliminated, any negative balance will be treated as an overpayment.

- **Posters for housing units**
  - **Tyger river and Wateree not ready**
  - **Spanish versions**

- **Long sleeve gowns, and surgical mask for Front Gate staff performing employee screening.**

**SOUTH CAROLINA**
DEPARTMENT OF CORRECTIONS
*Safety, Service, and Stewardship*
SCDC

**Office of the Deputy Director for Operations**

# COVID-19 (CORONAVIRUS) CONFERENCE CALL
### Tuesday, March 31, 2020    |    10:00am

- **Medical Update**
  - Quarantine travel list for 3/31/2020

- **Release date Preparations**
  - **Each inmate will receive**
    - Hand sanitizer
    - COVID19 Information cards
  - **Every inmate ==must have== a health screening and temperature check within 72 hours of release.  Forms were to be scanned and sent to Ms. Rodgers and Ms. Garrell.**
  - **Inmates who need transportation**
    - **Institutions deadline for SCDC to provide transportation.**  Your list of inmates was due to DDO by Noon 3/27/20 for CBT to include their transportation routes
    - **Your ==inmates must be at CBT== on ==Wednesday, April 1st by 7:00 am.== The inmates should be ==dressed in their civilian clothes==**
  .

- **Extension of restrictions on Visitation, Volunteer, Work Crews & Labor Crews until 4/30/20.**

- **Cleaning –** Continuous cleaning on a regular schedule throughout the day.  All equipment from the control room such as keys, weapons, chemical munitions canisters, radios and restraints need to be clean before distribution and upon return to the control room.  Any equipment used by multiple staff members need to be cleaned regularly.

- **Communicating with staff and inmate population** on Agency's prevention measures and upcoming releases transportation arrangements.

- **Posters for housing units in Spanish are scheduled to be ready by Wednesday, 4/1/20.**

200320ar

**SOUTH CAROLINA**
DEPARTMENT OF CORRECTIONS
*Safety, Service, and Stewardship*
SCDC

**Office of the Deputy Director for Operations**

# COVID-19 (CORONAVIRUS) CONFERENCE CALL
### Wednesday, April 1, 2020    |    2:00 pm

- **Medical Update**
  - Quarantine travel list for 4/1/2020

- **Telecommuting options  -**  NIC training  Mr. Stines sent out an email with how to register instructions and the link https://nic.learn.com/learncenter.asp?id=178409&page=1

- **Transfer between the institutions**

- **Cleaning –** Continuous cleaning on a regular schedule throughout the day.  All equipment from the control room such as keys, weapons, chemical munitions canisters, radios and restraints need to be clean before distribution and upon return to the control room.  Any equipment used by multiple staff members need to be cleaned regularly.

- **Communicating with staff and inmate population** on Agency's prevention measures and upcoming releases transportation arrangements.

- **Posters for housing units in Spanish will be ready for pick up on Thursday, 4/2/20.**

200320ar

**SOUTH CAROLINA**
DEPARTMENT OF CORRECTIONS
*Safety, Service, and Stewardship*

**SCDC**

## Office of the Deputy Director for Operations

# COVID-19 (CORONAVIRUS) CONFERENCE CALL
### Thursday, April 2, 2020   |   10:00 am

- **Opening Comments - Joel Anderson**

- **Invocation -   Chaplain Brown**

- **Director's Comments**

- **Medical Update**
  - Quarantine travel list for 4/2/2020

- **Confidential of information – Very Important**

- **Cleaning –** Continuous cleaning on a regular schedule throughout the day.  All equipment from the control room such as keys, weapons, chemical munitions canisters, radios and restraints need to be clean before distribution and upon return to the control room.  Any equipment used by multiple staff members need to be cleaned regularly.

- **Communicating with staff and inmate population** on Agency's prevention measures and upcoming releases transportation arrangements.

- **Posters for housing units in Spanish will be ready for pick up on Thursday, 4/2/20.**

- **Reporting of daily number by 1:00 Very Important**

200320ar

**SCDC AGENCY DIRECTIVES 000011**

**SOUTH CAROLINA**
DEPARTMENT OF CORRECTIONS
*Safety, Service, and Stewardship*

**Office of the Deputy Director for Operations**

# COVID-19 (CORONAVIRUS) CONFERENCE CALL
### Friday, April 3, 2020    |    10:00 am

- **Opening Comments - Joel Anderson**

- **Invocation**

- **Medical Update**
  - Quarantine travel list for 4/3/2020

- **PI Operations & Commissary Orders – Richard Hodgkiss**

- **Help Desk Message 4-2-20 For Everyone's Safety.  If you are sick, please stay home**

- **Cleaning –** Continuous cleaning on a regular schedule throughout the day.  All equipment from the control room such as keys, weapons, chemical munitions canisters, radios and restraints need to be clean before distribution and upon return to the control room.  Any equipment used by multiple staff members need to be cleaned regularly.

- **Communicating with staff and inmate population** on Agency's prevention measures and upcoming releases transportation arrangements.

- **Posters –** Every institution should have the posters in all inmate housing units in English and Spanish

**SCDC AGENCY DIRECTIVES 000012**

**SOUTH CAROLINA**
DEPARTMENT OF CORRECTIONS
*Safety, Service, and Stewardship*

SCDC

**Office of the Deputy Director for Operations**

# COVID-19 (CORONAVIRUS) CONFERENCE CALL
### Monday, April 6, 2020    |    10:00 am

- **Opening Comments - Joel Anderson**

- **Invocation**

- **Medical Update**
  - Quarantine travel list for 4/6/2020

- **Cleaning –** Continuous cleaning on a regular schedule throughout the day.  All equipment from the control room such as keys, weapons, chemical munitions canisters, radios and restraints need to be clean before distribution and upon return to the control room.  Any equipment used by multiple staff members need to be cleaned regularly.

- **Communicating with staff and inmate population** on Agency's prevention measures and upcoming releases transportation arrangements.

- **GA Shelter in Place Executive Orders** – The order was issued by the Governor of Georgia and went in to effect at 6:00 pm Friday, April 3, 2020 through 11:59 pm on Monday, April 13, 2020.  Staff at approximately 3 institutions may be affected by this Executive order.  Office of General Counsel is working on documentation for staff to have incase they are stopped to present with their SCDC ID and or badge.

- **Telecommuting**
  - **Keeping track of daily activity other than training**.  Training hours are trackable due to certificates.  Other activity needs to be general tracked day by day.  Returning phone calls or working on projects.  Time not spent performing job related functions require the employee to take annual/sick leave.
  - **Telecommuting forms - Consider** them approved once filled out and signed by Warden or Direct Supervisor.  **However, they need to be filled out completely** before submitting **which must include employee** and **Warden or direct supervisor signatures.**

- Effective April 3, 2020 beginning at 3:00 p.m., please refer any employee that screens as a possible risk to our **COVID-19 Call Team at (803) 896-0323**

200320ar

**SCDC AGENCY DIRECTIVES 000013**

**SOUTH CAROLINA**
DEPARTMENT OF CORRECTIONS
*Safety, Service, and Stewardship*

**SCDC**

**Office of the Deputy Director for Operations**

# COVID-19 (CORONAVIRUS) CONFERENCE CALL
### Monday, April 6, 2020    |    10:00 am

- **Opening Comments - Joel Anderson**

- **Invocation**

- **Medical Update**
  - Quarantine travel list for 4/7/2020
  - **Masks issued to staff & inmates**
    - Different colors are being issued to staff and inmates
    - Staff wearing the mask **on duty is mandatory**.  They are being issued 2 masks each to allow the mask **to be laundered everyday which is vital**. Staff are allowed to wear them after work to keep them healthy.
    - Employees that are refusing to wear the mask
      - For long period of time due to health issues (COPD, asthmatic. etc.)
      - Staff who are refusing to wear the mask will on duty for other reasons.
      -

- **SC Governor's Mandatory Home or Work Order lace Executive Orders** – Mandatory Home or Work Order

Please see attached letter from Director Stirling that critical staff, that are still reporting to work, need to have in their possession when traveling to and from work.

If there are any problems with any jurisdiction honoring this letter, please let the Office of the Deputy Director for Operations know.

 The order goes into effect April 7 at 5 p.m. Under it, everyone in South Carolina should stay home unless they are working, visiting family, exercising outside at a safe distance or obtaining necessary goods or services.  But McMaster said everyone should act responsibly and practice social distancing and proper personal hygiene.

McMaster said no additional businesses will be closed, but the stores that will remain open are mandated to limit customers to no more than 5 customers per every 1,000 square-feet, or 20 percent capacity as determined by the fire marshal whichever is smaller number

200320ar

**SCDC AGENCY DIRECTIVES 000014**

McMaster said violating this executive order can result in 30 days in jail or a fine of $100 per each day a violation occurs.

- **Using the telehealth options** to limit the movement of employees to help prevent exposure to COVID-19.

    - **COVID-19 Call Team number (803) 896-0323**

  - **Cleaning –** Continuous cleaning on a regular schedule throughout the day. All equipment from the control room such as keys, weapons, chemical munitions canisters, radios and restraints need to be clean before distribution and upon return to the control room. Any equipment used by multiple staff members need to be cleaned regularly.

  - **Communicating with staff and inmate population** on Agency's prevention measures and upcoming releases transportation arrangements.

**SOUTH CAROLINA**
DEPARTMENT OF CORRECTIONS
*Safety, Service, and Stewardship*

SCDC

# COVID-19 (CORONAVIRUS) CONFERENCE CALL
## Wednesday, April 8, 2020    |    10:00 am

- **Opening Comments – Joel Anderson**
- **Invocation**
- **Institutional Updates from Wardens**
- **Medical Update**
  - **Quarantine travel list for 4/8/2020. Quarantine areas are subject to changes daily. Do Not Travel.**
  - **Face Coverings issued to staff & inmates**
    - Issued to inmates – 2 per inmate. Population needs to be made aware of importance of daily cleaning of their face coverings
    - Documentation of staff & inmates being issued the face coverings
    - Employees that are choosing not to wear the mask needs to have proper documentation.
      - The form is in the process of being developed
- **Two Free Phone calls allowed to all inmates**
  - The individual making the call must dial 2 instead of 0 to make the free call
- **Telecommuting - System access issues**
- **Status of COVID-19 shared folder various locations/institutions to save employee screening forms.**
- **Cleaning –** Continuous cleaning on a regular schedule throughout the day**.**
  - **All equipment from the control room** need to be clean **before distribution** and **upon return** to the control room.
    - **keys, weapons, chemical munitions canisters, radios, body alarms, keys and restraints**
  - **Transportation vehicles - clean all surfaces in all transportation vehicle**
  - **Any equipment used by multiple staff members**
  - **Any surfaces – door knobs, desks counter tops, light switches, computers, keypads, copiers, etc.**

- **Communicating with staff and inmate population** on Agency's prevention measures and upcoming releases transportation arrangements.

200320ar

**SOUTH CAROLINA**
DEPARTMENT OF CORRECTIONS
*Safety, Service, and Stewardship*

SCDC

**Office of the Deputy Director for Operations**

# COVID-19 (CORONAVIRUS) CONFERENCE CALL
### Friday, April 10, 2020    |    10:00 am

- **Opening Comments – Joel Anderson**
  - **Corrections 101**
- **Invocation**
- **Medical Update**
  - **Quarantine travel list for 4/10/2020.  Quarantine areas are subject to changes daily.  Do Not Travel.**
- **Face Coverings for staff & inmates**
    - Issued to inmates – Will be issued a total of 2 per inmate.  Each institution will receive enough today to issue 1 per inmate today. More Face coverings will be ready next week.  Population needs to be made aware of importance of daily cleaning of their face coverings.
      - Washing instructions for the face coverings for inmate population were attached to the today email.

- **Hand sanitizer for Staff**


- **Cleaning –** Continuous cleaning on a regular schedule throughout the day**.**
  - **All equipment from the control room** need to be clean **before distribution** and **upon return** to the control room.
    - **keys, weapons, chemical munitions canisters, radios, body alarms, keys and restraints**
  - **Transportation vehicles - clean all surfaces in all transportation vehicle**
  - **Any equipment used by multiple staff members**
  - **Any surfaces – door knobs, desks counter tops, light switches, computers, keypads, copiers, etc.**

- **Communicating with staff and inmate population** on Agency's prevention measures and upcoming releases transportation arrangements.

200320ar

**SCDC AGENCY DIRECTIVES 000017**

**SOUTH CAROLINA**
DEPARTMENT OF CORRECTIONS
*Safety, Service, and Stewardship*
SCDC

**Office of the Deputy Director for Operations**

# COVID-19 (CORONAVIRUS) CONFERENCE CALL
## Monday, April 13, 2020    |    10:00 am

- **Opening Comments – Joel Anderson**
- **Invocation**
- **Medical Update**
  - **Quarantine travel list for 4/13/2020.  Quarantine areas are subject to changes daily.  Do Not Travel.**
- **Critical Resources for SCDC Staff – see attached**
- **FS Workers** - We need to allow food service inmates to get up and shower before work and again after their shift they wanted to.

- **Preparing for Inmate releases April 15ᵗʰ and May 1ˢᵗ**
- **Face Coverings for staff & inmates**
    - Issued to inmates – Will be issued a total of 2 per inmate.  Each institution should have already issued per inmate on Friday or over the weekend.  More Face coverings will be ready this week.
      - Population should been made aware:
        Importance of wearing the face coverings of daily cleaning of their face covering (washing instructions should have been provided)
- **Hand sanitizer for Staff –** Should arrive this week

- **Cleaning –** Continuous cleaning on a regular schedule throughout the day**.**
  - **All equipment from the control room** need to be clean **before distribution** and **upon return** to the control room.
    - **keys, weapons, chemical munitions canisters, radios, body alarms, keys and restraints**
  - **Transportation vehicles - clean all surfaces in all transportation vehicle**
  - **Any equipment used by multiple staff members**
  - **Any surfaces – door knobs, desks counter tops, light switches, computers, keypads, copiers, etc.**

- **Communicating with staff and inmate population** on Agency's prevention measures and upcoming releases transportation arrangements.

**SCDC AGENCY DIRECTIVES 000018**

**SOUTH CAROLINA**
DEPARTMENT OF CORRECTIONS
*Safety, Service, and Stewardship*

**SCDC**

---

### Office of the Deputy Director for Operations

# COVID-19 (CORONAVIRUS) CONFERENCE CALL
## Wednesday, April 15, 2020    |    10:00 am

- **Opening Comments – Joel Anderson**
- **Invocation**

- **Institutional reports by each Warden**

- **Medical Update**
  - **Quarantine travel list for 4/15/2020.  Quarantine areas are subject to changes daily.  Do Not Travel.**

- **Inmates released today, April 15th with hand sanitizer and information cards**

- **Items ready for pick up at Mr. Hodgkiss at his office** which is in the front of Canteen/Commissary warehouse underneath Purchasing offices.  **He is NOT at the PI building anymore.**
  - **Face Coverings for inmate population**

  - **Training manuals for new employees** who are completing NEO next week and will be participating in the Agency's Orientation Broadcast.

  - **Face Coverings for Staff –** Any request for additional face coverings must come from the Warden via an email to Mr. Hodgkiss before items can be picked up.

- **Cleaning –** Continuous cleaning on a regular schedule throughout the day.
  - **All equipment from the control room** need to be clean **before distribution** and **upon return** to the control room.
    - **keys, weapons, chemical munitions canisters, radios, body alarms, keys and restraints**
  - **Transportation vehicles - clean all surfaces in all transportation vehicle**
  - **Any equipment used by multiple staff members**
  - **Any surfaces – door knobs, desks counter tops, light switches, computers, keypads, copiers, etc.**

- **Communicating with staff and inmate population** on Agency's prevention measures and upcoming releases transportation arrangements.

200320ar

**SOUTH CAROLINA**
DEPARTMENT OF CORRECTIONS
*Safety, Service, and Stewardship*
**SCDC**

**Office of the Deputy Director for Operations**

# COVID-19 (CORONAVIRUS) CONFERENCE CALL
## Thursday, April 16, 2020    |    10:00 am

- **Opening Comments – Joel Anderson**
- **Invocation**
- **Medical Update**
  - **Quarantine travel list for 4/16/2020.  Quarantine areas are subject to changes daily.  Do Not Travel.**

- **Items ready for pick up at Mr. Hodgkiss at his office** which is in the front of Canteen/Commissary warehouse underneath Purchasing offices.  **He is NOT at the PI building anymore.**

  - 2 oz hand sanitizer for Staff

- **Ramadan preparations – Ms. Staley**
- **Donations of different types of Supplies –** cleaning supplies, mask, etc.
- **Cleaning –** Continuous cleaning on a regular schedule throughout the day**.**

  - **All equipment from the control room** need to be clean **before distribution** and **upon return** to the control room.
    - **keys, weapons, chemical munitions canisters, radios, body alarms, keys and restraints**
  - **Transportation vehicles - clean all surfaces in all transportation vehicle**
  - **Any equipment used by multiple staff members**
  - **Any surfaces – door knobs, desks counter tops, light switches, computers, keypads, copiers, etc.**

- **Communicating with staff and inmate population** on Agency's prevention measures and upcoming releases transportation arrangements.

200320ar

**SOUTH CAROLINA**
DEPARTMENT OF CORRECTIONS
*Safety, Service, and Stewardship*

**SCDC**

**Office of the Deputy Director for Operations**

# COVID-19 (CORONAVIRUS) CONFERENCE CALL
## Friday, April 17, 2020    |    10:00 am

- **Opening Comments – Joel Anderson**
- **Invocation**
- **Medical Update**
- **Quarantine travel list for 4/17/2020.  Quarantine areas are subject to changes daily. Do Not Travel.**

- **Cleaning –** Continuous cleaning on a regular schedule throughout the day**.**

    o   **All equipment from the control room** need to be clean **before distribution** and **upon return** to the control room.
    - **keys, weapons, chemical munitions canisters, radios, body alarms, keys and restraints**
    o  **Transportation vehicles - clean all surfaces in all transportation vehicle**
    o   **Any equipment used by multiple staff members**
    o  **Any surfaces – door knobs, desks counter tops, light switches, computers, keypads, copiers, etc.**

- **Communicating with staff and inmate population** on Agency's prevention measures and upcoming releases transportation arrangements.

200320ar

**SCDC AGENCY DIRECTIVES 000021**

**SOUTH CAROLINA**
DEPARTMENT OF CORRECTIONS
*Safety, Service, and Stewardship*
SCDC

# COVID-19 (CORONAVIRUS) CONFERENCE CALL
## Tuesday, April 21, 2020    |    2:00 pm

- **Opening Comments – Joel Anderson**
- **Invocation**
- **Medical Update**
- **Quarantine travel list for 4/21/2020.  Quarantine areas are subject to changes daily. Do Not Travel.**

- **Social Distancing in your institution**

- **Cleaning –** Continuous cleaning on a regular schedule throughout the day.
  - **All equipment from the control room** need to be clean **before distribution** and **upon return** to the control room.
    - **keys, weapons, chemical munitions canisters, radios, body alarms, keys and restraints**
  - **Transportation vehicles - clean all surfaces in all transportation vehicle**
  - **Any equipment used by multiple staff members**
  - **Any surfaces – door knobs, desks counter tops, light switches, computers, keypads, copiers, etc.**

- **Communicating with staff and inmate population** on Agency's prevention measures and upcoming releases transportation arrangements.

200320ar

**SOUTH CAROLINA**
DEPARTMENT OF CORRECTIONS
*Safety, Service, and Stewardship*
SCDC

# COVID-19 (CORONAVIRUS) CONFERENCE CALL
## Wednesday, April 22, 2020    |    10:00 am

- **Opening Comments – Joel Anderson**
- **Invocation**
- **Institutional Status Reports**

Allendale, Broad River, Camille Graham, Evans, Goodman, Kershaw, Kirkland, Leath, Lee, Lieber, Livesay, MacDougall, Manning, McCormick, Palmer, Perry, Ridgeland, Trenton, Turbeville, Tyger River, Wateree River

- **Medical Update**
- **Quarantine travel list for 4/22/2020.** Quarantine areas are subject to changes daily. Do Not Travel.
- **Preparing for May Releases -** transportation arrangements
- **Social Distancing in your institution**
- **Cleaning –** Continuous cleaning on a regular schedule throughout the day**.**
  - **All equipment from the control room** need to be clean **before distribution** and **upon return** to the control room.
    - **keys, weapons, chemical munitions canisters, radios, body alarms, keys and restraints**
  - **Transportation vehicles -** clean all surfaces in all transportation vehicle
  - **Any equipment used by multiple staff members**
  - **Any surfaces –** door knobs, desks counter tops, light switches, computers, keypads, copiers, etc.
- **Communicating with staff and inmate population** on Agency's prevention measures and upcoming releases transportation arrangements.

200320ar

**SOUTH CAROLINA**
DEPARTMENT OF CORRECTIONS
*Safety, Service, and Stewardship*

**SCDC**

Office of the Deputy Director for Operations

# COVID-19 (CORONAVIRUS) CONFERENCE CALL
### Thursday, April 23, 2020    |    10:00 am

- **Opening Comments – Joel Anderson**
- **Invocation**
- **Medical Update**
- **Quarantine travel list for 4/23/2020.**  Quarantine areas are subject to changes daily.  <span style="color:red">Do Not Travel</span>.
- **Preparing for May Releases - hand sanitizers & information cards**

- **Social Distancing in your institution**

- **Cleaning –** Continuous cleaning on a regular schedule throughout the day**.**
    - **All equipment from the control room** need to be clean **before distribution** and **upon return** to the control room.
        - **keys, weapons, chemical munitions canisters, radios, body alarms, keys and restraints**
    - **Transportation vehicles -** clean all surfaces in all transportation vehicle
    - **Any equipment used by multiple staff members**
    - **Any surfaces –** door knobs, desks counter tops, light switches, computers, keypads, copiers, etc.
- **Communicating with staff and inmate population** on Agency's prevention measures and upcoming releases transportation arrangements.

200320ar

<strong>SCDC AGENCY DIRECTIVES 000024</strong>

**SOUTH CAROLINA**
DEPARTMENT OF CORRECTIONS
*Safety, Service, and Stewardship*
SCDC

**Office of the Deputy Director for Operations**

# COVID-19 (CORONAVIRUS) CONFERENCE CALL
### Friday, April 24, 2020    |    10:00 am

- **Opening Comments – Joel Anderson**
- **Invocation**
- **Correctional Officer week** –  Proclamation by the Govender  was for the week of  May 3, 2020 to May 9,  2020
- **Extending the suspension of the following activities:**  visitation, volunteers, work release, labor crews, tours, and limited inmate movement **through May 31, 2020.  The Training Academy** remained closed through May 31, 2020.
- **Communicating with staff and inmate population** about the importance of Social Distancing and cleaning in your institution.
- **Cleaning**
  - **Fogger/ Mister Machines delivery due 2nd week in May with a** chemical that is an EPA Registration number for Sars-Cov-2 Human Coronavirus Disinfectant 86054-1
  - **Standard cleaning procedures**
    - **Continuous cleaning** on a regular schedule throughout the day**.**
    -  **All equipment from the control room** need to be clean **before distribution** and **upon return** to the control room.
      - **keys, weapons, chemical munitions canisters, radios, body alarms, keys and restraints**
    - **Transportation vehicles -** clean all surfaces in all transportation vehicle
    -  **Any equipment used by multiple staff members**
    - **Any surfaces –** door knobs, desks counter tops, light switches, computers, keypads, copiers, etc.
- **Medical Update**
- **Quarantine travel list for 4/24/2020.**  Quarantine areas are subject to changes daily. Do Not Travel.

200320ar

**SCDC AGENCY DIRECTIVES 000025**

**SOUTH CAROLINA**
DEPARTMENT OF CORRECTIONS
*Safety, Service, and Stewardship*

SCDC

**Office of the Deputy Director for Operations**

# COVID-19 (CORONAVIRUS) CONFERENCE CALL
## Monday, April 27, 2020     |     10:00 am

- **Opening Comments – Joel Anderson**
- **Invocation**
- **Communicating with staff and inmate population** about the importance of Social Distancing and cleaning in your institution.
- **Cleaning**
  - **Standard cleaning procedures**
    - **Continuous cleaning** on a regular schedule throughout the day**.**
    - **All equipment from the control room** need to be clean **before distribution** and **upon return** to the control room.
      - **keys, weapons, chemical munitions canisters, radios, body alarms, keys and restraints**
    - **Transportation vehicles -** clean all surfaces in all transportation vehicle
    - **Any equipment used by multiple staff members**
    - **Any surfaces –** door knobs, desks counter tops, light switches, computers, keypads, copiers, etc.
- **Medical Update**
- **Quarantine travel list for 4/27/2020.** Quarantine areas are subject to changes daily. <span style="color:red">Do Not Travel</span>.

200320ar

**SCDC AGENCY DIRECTIVES 000026**

**SOUTH CAROLINA**
DEPARTMENT OF CORRECTIONS
*Safety, Service, and Stewardship*

**SCDC**

# COVID-19 (CORONAVIRUS) CONFERENCE CALL
## Wednesday, April 29, 2020    |    10:00 am

- **Opening Comments – Joel Anderson**
- **Invocation**
- **Institutional Status Reports**

Wateree River, Tyger River, Turbeville, Trenton, Ridgeland, Perry, Palmer, McCormick, Manning, MacDougall, Livesay, Lieber, Lee, Leath, Kirkland, Kershaw, Goodman, Evans, Camille Graham, Broad River, Allendale

- **Communicating with staff and inmate population** about the importance of Social Distancing and cleaning in your institution.

- **Cleaning**
  - **Standard cleaning procedures**
    - **Continuous cleaning** on a regular schedule throughout the day**.**
    - **All equipment from the control room** need to be clean **before distribution** and **upon return** to the control room.
      - **keys, weapons, chemical munitions canisters, radios, body alarms, keys and restraints**
    - **Transportation vehicles -** clean all surfaces in all transportation vehicle
    - **Any equipment used by multiple staff members**
    - **Any surfaces –** door knobs, desks counter tops, light switches, computers, keypads, copiers, etc.
- **Medical Update**
- **Quarantine travel list for 4/29/2020.** Quarantine areas are subject to changes daily. Do Not Travel.

200320ar

**SOUTH CAROLINA**
DEPARTMENT OF CORRECTIONS
*Safety, Service, and Stewardship*

SCDC

**Office of the Deputy Director for Operations**

# COVID-19 (CORONAVIRUS) CONFERENCE CALL
## Thursday, April 30, 2020    |    10:00 am

- **Opening Comments – Joel Anderson**
- **Invocation**
- **Quarantine Housing unit list**
- **Maintenance Staff reporting to work at institutions on Monday, April 5th**
- **Communicating with staff and inmate population** about the importance of <mark>Social Distancing</mark> and cleaning in your institution.
- **Personal items in plastic bags -** implementing the use of disposable/zip lock bags for employee personal items during this time may serve to enhance the health standards within your facility.

- **Cleaning**
  - **Standard cleaning procedures**
    - **Continuous cleaning** on a regular schedule throughout the day**.**
    - **All equipment from the control room** need to be clean **before distribution** and **upon return** to the control room.
      - **keys, weapons, chemical munitions canisters, radios, body alarms, keys and restraints**
    - **Transportation vehicles -** clean all surfaces in all transportation vehicle
    - **Any equipment used by multiple staff members**
    - **Any surfaces –** door knobs, desks counter tops, light switches, computers, keypads, copiers, etc.
- **Medical Update**
- **Quarantine travel list for 4/30/2020.** Quarantine areas are subject to changes daily. <span style="color:red">Do Not Travel</span>.

200320ar

**SCDC AGENCY DIRECTIVES 000028**