Exhibit E:

# Documentation for SCDC Essential Staff that Live Out of State



HENRY McMASTER, Governor
BRYAN P. STIRLING, Director

April 6, 2020

To whom it may concern:

*Executive Order - Declaration of Public Health State of Emergency for Novel Coronavirus COVID-19* was issued by Governor Henry McMaster on March 13, 2020. The Executive Order directs all resources for the State of State of South Carolina to be available for the assistance in activities designed to address the emergency, control the spread of COVID-19, and aid recovery efforts.

The South Carolina Department of Corrections (SCDC), a state agency, has designated _____ an essential employee of the SCDC. The employee is traveling to or from his or her worksite or acting in an official capacity, ensuring the SCDC continues operations during this time of emergency.

The assistance of Federal, State, County, and other Local law enforcement is requested in order to grant safe passage and provide the bearer unhindered access to SCDC job sites or facilities for the purposes designated above. The individual bearing this letter will present a SCDC employee identification badge for employment verification.

Thank you for your cooperation in this matter.

Sincerely,

Bryan P. Stirling
Director

# State of South Carolina

## Executive Department



FILED

MAR 1 3 2020

*Mark Hammond*
SECRETARY OF STATE

## Office of the Governor

**EXECUTIVE ORDER NO.**                    **2020-08**

**WHEREAS,** the State of South Carolina has taken, and must continue to take, all necessary and appropriate actions in proactively preparing for and promptly responding to the threat posed by the 2019 Novel Coronavirus ("COVID-2019"); and

**WHEREAS,** to this end, the undersigned has, *inter alia*, convened the Public Health Emergency Plan Committee ("PHEPC"); activated the South Carolina Emergency Operations Plan ("Plan"); regularly conferred with state and federal agencies, officials, and experts, to include the South Carolina Department of Health and Environmental Control ("DHEC"), and the South Carolina Emergency Management Division ("EMD"); and requested that the General Assembly take action to make $45 million from the 2019–2020 Contingency Reserve Fund immediately available to DHEC in coordinating the State's public health response to COVID-19; and

**WHEREAS,** in addition to the foregoing, on March 11, 2020, the undersigned issued Executive Order No. 2020-07, suspending certain transportation-related rules and regulations, pursuant to 49 C.F.R. § 390.23 and section 56-5-70 of the South Carolina Code of Laws, as amended, for commercial vehicles and operators of commercial vehicles providing direct assistance to supplement state and local efforts and capabilities to protect public health and safety in connection with COVID-19; and

**WHEREAS,** having consulted with numerous state and federal agencies, officials, and experts, to include DHEC, EMD, and the PHEPC, the undersigned has determined that it is necessary and prudent to declare that an emergency exists, or that the threat thereof is imminent, due to the evolving nature and scope of the public health threat or other risks posed by COVID-19 and the actual and anticipated impacts associated with the same; and

**WHEREAS,** section 1-3-420 of the South Carolina Code of Laws, as amended, provides that "[t]he Governor, when in his opinion the facts warrant, shall, by proclamation, declare that, because of . . . a public health emergency . . . a danger exists to the person or property of any citizen and that the peace and tranquility of the State, or any political subdivision thereof, or any

Executive Order No. 2020-08
Page 2
March 13, 2020

particular area of the State designated by him, is threatened, and because thereof an emergency, with reference to such threats and danger, exists"; and

**WHEREAS,** as the elected Chief Executive of the State, the undersigned is authorized pursuant to section 25-1-440 of the South Carolina Code of Laws, as amended, to "declare a state of emergency for all or part of the State if he finds a disaster or a public health emergency . . . has occurred, or that the threat thereof is imminent and extraordinary measures are considered necessary to cope with the existing or anticipated situation"; and

**WHEREAS,** in accordance with section 44-4-130 of the South Carolina Code of Laws, as amended, a "public health emergency" exists when there is an "occurrence of imminent risk of a qualifying health condition," which includes "an illness or health condition that may be caused by . . . epidemic or pandemic disease, or a novel infectious agent . . . that poses a substantial risk of a significant number of human fatalities [or] widespread illness"; and

**WHEREAS,** for the aforementioned and other reasons, the undersigned has determined that COVID-19 poses an actual or imminent public health emergency for the State of South Carolina.

**NOW, THEREFORE,** by virtue of the authority vested in me as Governor of the State of South Carolina and pursuant to the Constitution and Laws of this State and the powers conferred upon me therein, I hereby declare that a State of Emergency exists in South Carolina. Accordingly, for the foregoing reasons and in accordance with the cited authorities and other applicable law, I further order and direct as follows:

**Section 1.**     I hereby memorialize and confirm my prior activation of the Plan and direct that the Plan be further placed into effect and that all prudent preparations be taken at the individual, local, and state levels to proactively prepare for and promptly respond to the threat posed by COVID-19.

**Section 2.**     I hereby order and direct that DHEC is immediately vested with those emergency powers set forth in the Emergency Health Powers Act, codified as amended in Title 44, Chapter 4 of the South Carolina Code of Laws, and without limiting the powers DHEC already possesses to combat infectious diseases, to promptly and effectively address the cited public health emergency. In accordance with section 44-4-500 of the South Carolina Code of Laws, as amended, "DHEC must use every available means to prevent the transmission of infectious disease and to ensure that all cases of infectious disease are subject to proper control and treatment." To this end, I further direct DHEC to restrict visitation to nursing homes and assisted living facilities, with the exception of end-of-life situations, as DHEC deems necessary and appropriate.

**Section 3.**     I hereby order the closure of all public schools, to include state-supported colleges, universities, and technical colleges, in the following counties: Kershaw and Lancaster, beginning Monday, March 16, 2020, which shall remain closed for a period of fourteen (14) days, unless otherwise modified, amended, or rescinded. This Order applies to all employees of public

Executive Order No. 2020-08
Page 3
March 13, 2020

schools located in the aforementioned counties, with the exception of those emergency or other critical personnel designated as essential, or whose presence is otherwise deemed necessary, by the appropriate school district official. DHEC shall consult with the Superintendent of Education to provide guidance to local school district leadership regarding the timing and necessity of any additional school closures. This Order does not apply to state government offices under the authority of the undersigned, which shall remain open for operation during their normal business hours unless and until otherwise directed.

Section 4.    I hereby authorize and direct state correctional institutions and local detention facilities to suspend visitation processes and procedures, as necessary, during this State of Emergency.

Section 5.    I hereby place specified units and/or personnel of the South Carolina National Guard on State Active Duty, pursuant to section 25-1-1840 of the South Carolina Code of Laws, as amended, and direct the Adjutant General to issue the requisite supplemental orders as he deems necessary and appropriate. I further order the activation of South Carolina National Guard personnel and the utilization of appropriate equipment at the discretion of the Adjutant General, and in coordination with the Director of EMD, to take necessary and prudent actions to assist the people of this State. I authorize Dual Status Command, as necessary, to allow the Adjutant General or his designee to serve as commander over both federal (Title 10) and state forces (National Guard in Title 32 and/or State Active Duty status).

Section 6.    I hereby order that all licensing and registration requirements regarding private security personnel or companies who are contracted with South Carolina security companies in protecting property and restoring essential services in South Carolina shall be suspended, and I direct the South Carolina Law Enforcement Division ("SLED") to initiate an emergency registration process for those personnel or companies for a period specified, and in a manner deemed appropriate, by the Chief of SLED.

Section 7.    I hereby declare that the prohibitions against price gouging pursuant to section 39-5-145 of the South Carolina Code of Laws, as amended, are in effect and shall remain in effect for the duration of this State of Emergency.

Section 8.    I hereby modify and amend Executive Order No. 2020-07, pursuant to 49 C.F.R. § 390.23 and section 56-5-70 of the South Carolina Code of Laws, to extend the provisions thereof to commercial vehicles and operators of commercial vehicles responding to the declared emergency in the State of South Carolina or otherwise assisting with the public health threat posed by COVID-19, as well as to commercial vehicles and operators of commercial vehicles transporting essential goods and products, such as food, water, medicine, medical supplies and equipment, fuels and petroleum products (to include fuel oil, diesel oil, gasoline, kerosene, propane, and liquid petroleum), livestock, poultry, feed for livestock and poultry, and crops and other agricultural products ready to be harvested (to include timber and wood chips).

SCDC OUT OF STATE STAFF 000005

Executive Order No. 2020-08
Page 4
March 13, 2020

    This Order is effective immediately and shall remain in effect for a period of fifteen (15) days unless otherwise modified, amended, or rescinded by subsequent Order. Further proclamations, orders, and directives deemed necessary to ensure the fullest possible protection of life and property during this State of Emergency shall be issued verbally by the undersigned and thereafter reduced to writing and published for dissemination within the succeeding 24-hour period.



**GIVEN UNDER MY HAND AND THE GREAT SEAL OF THE STATE OF SOUTH CAROLINA, THIS 13th DAY OF MARCH, 2020.**

**HENRY MCMASTER**
**Governor**

ATTEST:

MARK HAMMOND
Secretary of State