# Exhibit W:

# Summary of Institutional Counts as of May 4, 2020

## Summary of Institutional Counts
### as of Midnight on May 4, 2020

| Institution | Capacity | Physical Count | Authorized Absences |
|---|---:|---:|---:|
| ALLENDALE | 1,104 | 873 | 3 |
| BROAD RIVER | 1,705 | 1,294 | 4 |
| EVANS | 1,389 | 1,197 | 1 |
| GOODMAN | 548 | 357 | |
| GRAHAM | 887 | 667 | 4 |
| KERSHAW | 1,372 | 1,216 | 2 |
| KIRKLAND | 2,003 | 1,676 | 13 |
| LEATH | 844 | 495 | 2 |
| LEE | 1,477 | 1,272 | 3 |
| LIEBER | 1,186 | 1,090 | 5 |
| LIVESAY | 492 | 401 | 1 |
| MACDOUGALL | 672 | 578 | |
| MANNING | 836 | 425 | |
| MCCORMICK | 997 | 904 | 3 |
| PALMER | 292 | 247 | 1 |
| PERRY | 878 | 813 | 1 |
| RIDGELAND | 1,005 | 902 | 1 |
| TRENTON | 719 | 407 | 1 |
| TURBEVILLE | 1,353 | 922 | 3 |
| TYGER RIVER | 1,060 | 961 | |
| WATEREE RIVER | 883 | 635 | 1 |
| **Total** | **21,702** | **17,332** | **49** |

**INSTITUTIONAL COUNTS MAY 4, 2020 000001**