# Exhibit AA:

# Language for Letter to Families of Patient that Presents with Symptoms of COVID-19

Inmate is on Isolation:

Mr. _____ has been placed in medical isolation.  He has shown some symptoms of the Coronavirus, and he is currently being tested.  The medical staff is monitoring him, and he is currently doing well.  He will be on isolation until he is symptom free for at least 3 days.

Inmate who test Positive:

Mr. _____ has tested Positive for the Coronavirus.  The medical staff is monitoring him, and he is currently doing well.  He will be on isolation until he is symptom free for at least 3 days.

Inmate on Quarantine:

Mr._____is currently on medical quarantine.  Quarantine means he has been exposed to someone who has shown symptoms of Coronavirus; however, he currently has no symptoms.  The medical staff is monitoring him, and he is currently doing well.  He will be in quarantine for at least 14 days.  If he were to develop any symptoms he will be places in isolation and tested.

**COVID-19 POSITIVE LETTER TO FAMILIES 000001**