# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| JEANNE VOLTZ-LOOMIS; GARY ZACHARIAH THOMAS; DENISE EDGAR; ALLEN SLAUGHTER; GAY OPEL STANLEY; BRISON AKEEM ALLISON; JOHN DOES 1 through 10; JANE ROES 1 through 10; *on their own and on behalf of a class of similarly situated persons,* <br><br> *Petitioners*, <br> v. <br><br> HENRY McMASTER, in his official capacity as Governor of the State of South Carolina, BRYAN STIRLING, in his official capacity as Director of the South Carolina Department of Corrections; the SOUTH CAROLINA BOARD OF PARDONS AND PAROLES; and CHRISTOPHER F. FIBBS, MOLLIE DUPRIEST TAYLOR, DAN BATSON, HENRY S. ELDRIDGE, LONNIE RANDOLPH and KIM FREDERICK, in their official capacities as members of the South Carolina Board of Pardons and Paroles. <br><br> *Respondents*. | Case No. 5:20-CV-01533-DCC-KDW <br><br> **Class Action** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioners, by and through their undersigned counsel, hereby notice their dismissal, without prejudice, of all claims against Defendant Henry McMaster, in his official capacity as Governor of the State of South Carolina. Voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) is appropriate because Defendant McMaster has not served an answer or a motion for summary judgment in this action.

US 168015209

Dated:  July 7, 2020

                        Respectfully submitted,

                        s/Susan K. Dunn
                        SUSAN K. DUNN (Fed. Bar # 647)
                        SHIRENE C. HANSOTIA (Fed. Bar # 12558)
                        American Civil Liberties Union Foundation of South Carolina
                        P.O. Box 20998
                        Charleston, SC 29413-0998
                        Telephone: (843) 282-7953
                        Facsimile: (843) 720-1428
                        Email: sdunn@aclusc.org
                        Email: shansotia@aclusc.org

                        MARSHALL WINN (Fed. Bar #529)
                        Wyche PA
                        200 E Camperdown Way
                        P.O. Box 728
                        Greenville, SC 29601
                        Telephone: (864) 242-8204
                        Facsimile: (864) 235-8900
                        Email: mwinn@wyche.com

                        JONATHAN W. HUGHES (CA Bar # 186829)*
                        Arnold & Porter Kaye Scholer LLP
                        3 Embarcadero Ctr., Fl. 10
                        San Francisco, CA 94111-4075
                        Telephone: (415) 471-3156
                        Facsimile: (415) 471-3146
                        Email: jonathan.hughes@arnoldporter.com

                        DAPHNE O'CONNOR*
                        Arnold & Porter Kaye Scholer LLP
                        601 Massachusetts Avenue NW
                        Washington, DC 20001
                        Telephone: (202) 942-5000
                        Facsimile: (202) 942-5999
                        Email: daphne.oconnor@arnoldporter.com

                                * = appearing *pro hac vice*

                                *Attorneys for Petitioners*

2

US 168015209