# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| JEANNE VOLTZ-LOOMIS; GARY ZACHARIAH THOMAS; DENISE EDGAR; ALLEN SLAUGHTER; GAY OPEL STANLEY; BRISON AKEEM ALLISON; JOHN DOES 1 through 10; JANE ROES 1 through 10; *on their own and on behalf of a class of similarly situated persons,* <br><br> *Petitioners*, <br> v. <br><br> HENRY McMASTER, in his official capacity as Governor of the State of South Carolina, BRYAN STIRLING, in his official capacity as Director of the South Carolina Department of Corrections; the SOUTH CAROLINA BOARD OF PARDONS AND PAROLES; and CHRISTOPHER F. FIBBS, MOLLIE DUPRIEST TAYLOR, DAN BATSON, HENRY S. ELDRIDGE, LONNIE RANDOLPH and KIM FREDERICK, in their official capacities as members of the South Carolina Board of Pardons and Paroles. <br><br> *Respondents* | Case No. 5:20-CV-01533-DCC-KDW <br><br> **Class Action** |

## PETITIONERS NOTICE ACKNOWLEDGING EXPIRATION OF THE RUBIN ORDER (ECF NO. 113)

Petitioners respectfully submit this Notice Acknowledging Expiration of the Rubin Order entered by the Court on July 8, 2020 (ECF. No. 113) which was subsequently extended to October 15, 2020 (See ECF. Nos. 134 and 141). Petitioners are appreciative of Respondents' attention and dedication to this case and for their ongoing cooperation in working together to shape a policy in response to the threat caused by COVID-19 (ECF No. 141). Petitioners have now had the opportunity to review and provide constructive comments to the COVID-19 policy

US 168759263v2

2

approved by the Respondents (SCDC policy HS-18.20, 'COVID-19 Guidelines,' ECF No. 140 at Ex. A) and agree that it is appropriate that a final unconditional resolution of this action now occur.

Dated:  October _14__, 2020           Respectfully submitted,

                                              s/Susan K. Dunn
SUSAN K. DUNN (Fed. Bar # 647)
SHIRENE C. HANSOTIA (Fed. Bar #12558)
American Civil Liberties Union Foundation of South Carolina
P.O. Box 20998
Charleston, SC 29413-0998
Telephone: (843) 282-7953
Facsimile: (843) 720-1428
Email: sdunn@aclusc.org
Email: shansotia@aclusc.org

[Signatures of counsel continued on following page]

2

JONATHAN W. HUGHES (CA Bar # 186829) *
Arnold & Porter Kaye Scholer LLP
3 Embarcadero Ctr., Fl. 10
San Francisco, CA 94111-4075
Telephone: (415) 471-3156
Email: jonathan.hughes@arnoldporter.com

DAPHNE O'CONNOR*
Arnold and Porter Kaye Scholer LLP
601 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 942-5000
Fax: 202-942-5999
Email: daphne.oconnor@arnoldporter.com

MARSHALL WINN (Fed. Bar #529)
WYCHE P.A.
200 E. Camperdown Way
Greenville, SC 29601
Telephone: 864-242-8200
Email: mwinn@wyche.com

*Attorneys for Petitioners*:

* ADMITTED PRO HAC VICE

3